Commonwealth *v.* Woodson, Appellant.

Sub-mitted April 9, 1973. *John R. Cook* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Conn *v.* Sheeler, Appellant.

Argued April 12, 1973. *Thomas J. Mangan, Jr.,* with him *Joseph N. Cascio, Eugene E. Fike, II, Donald L. Reihart, Fike, Cascio & Boose,* and *Laucks & Monroe,* for appellant; *James B. Yelovich,* with him *Kimmel & Rascona,* for appellee.

Order affirmed.

Commonwealth ex rel. Heckathorn *v.* Wahrlich, Appellant.

Argued April 11, 1973. *Frank E. Coho,* for appellant; *John E. Nickoloff,* for appellee.

Order affirmed.